ARLANDO MARINE, Respondent, v. THE CITY OF NEW YORK and Others, Defendants, Impleaded with BENJAMIN F. BUTLER and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants Benjamin F. Butler and Edward V. Reisdorff to serve an amended answer amending the third defense and counterclaim within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

MARION KOSTER, Respondent, v. CHARLES E. FENNER and Others, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

HENRY GREEN, Respondent, v. COMMERCIAL UNION ASSURANCE CORPORATION, LTD., OF LONDON, ENGLAND, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

NATIONAL SURETY COMPANY, Appellant, v. BANK OF THE MANHATTAN COMPANY and Another, Respondents.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., McAvoy, Martin and Proskauer, JJ.

L. BARTH & SON, INC., Respondent, v. DAVID H. SMITH, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

ELSIE SANTIAGO, Respondent, v. ALFHAR REALTY Co., INC., Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that the verdict was against the weight of the evidence. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

CHARLES GASS, Respondent, v. LOUIS S. WETMORE and Another, Copartners, etc., Defendants, Impleaded with BENJAMIN R. KITTREDGE, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant Benjamin R. Kittredge to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ETHEL PATE, Appellant.— Judgment affirmed and sentence reduced to time already served. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on the Complaint of HENRIETTA BERGIN, Respondent, v. HENRY PHIPPS, Appellant.— Order affirmed. No opinion. Present — Dowling, P. P., Finch, McAvoy, Martin and Proskauer, JJ.